**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ALISSA ZWICK,**

                       **CASE NO. 2:06-CV-12639**

        Plaintiff,

                       **HONORABLE MARIANNE O. BATTANI**

vs.

                       **HONORABLE. JUDGE MONA K. MAJZOUB**

**REGENTS OF THE UNIVERSITY**
**OF MICHIGAN,** et al

        Defendants./

**STIPULATED ORDER REGARDING**
**1) PLAINTIFF'S MOTION TO COMPEL DISCOVERY, AND**
**2) PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

The Court having been presented with Plaintiff's two Motions captioned above, noting the Stipulation of the parties set forth below, and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED That:**

**1)** Plaintiff's Motion to Compel Discovery is hereby granted; and Defendants are ordered to provide written responses to Plaintiff's First Interrogatories dated September 20, 2006, within five (5) days from date of this Order, as follows:

**Interrogatory No. 3**  For the time period 2000 to present, set forth the names of any and all students in Defendant University of Michigan's School of Dentistry who were dismissed for academic reasons during or after their third year of studies (names may be redacted and replaced with numbers).

**Interrogatory No. 4**  With regard to Clinical Foundations I 520, set forth the names of all students in Plaintiff's class (Class of 2006) who: A. Were required to remediate the course; and B. Failed the course (names may be redacted and replaced with numbers).

**Interrogatory No. 5**  With regard to Defendants' allegation in the "Joint Rule 26(f) Report Discovery Plan" that Plaintiff failed two attempts at the Pediatric Clinical Rotation OSCE, set forth: A. The total number of students

and the percentage of students in Plaintiff's rotation who failed the first administration of the test; and B. The total number of students and the percentage of students in Plaintiff's rotation who failed the second administration of the test.

**IT IS FURTHER ORDERED that** Plaintiff is granted leave to file her *First Amended Complaint*.  The First Amended Complaint must be filed by **May 08, 2007.**

Dated: April 24, 2007

s/ Mona K. Majzoub
MONA K. MAJZOUB
**UNITED STATES  MAGISTRATE JUDGE**

**STIPULATED AND AGREED:**

**DEBORAH L. GORDON, PLC**
Attorneys for Plaintiff
s/Deborah L. Gordon (P27058)
dgordon@deborahgordonlaw.com

**DICKINSON WRIGHT, PLLC**
Attorneys for Defendants
(see attached fax signature page)
s/Timothy H. Howlett (P24030)
thowlett@dickinsonwright.com