06-12639
#2

# JURY VERDICT FORM

We, the Jury, make the following answers to the questions submitted by the Court:

**QUESTION 1**

Were Plaintiff's Due Process rights violated by any of the Defendants?

__X__ Yes

_____ No

FILED

DEC 2 - 2008

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

If you answered "Yes" complete the form.
If you answered "No" proceed to the end of the form, have the Foreperson sign and date the document, and give it to the clerk.

**QUESTION 2**

Were Plaintiff's due process rights violated by:

| | | |
|---|---|---|
| Dr. Marilyn Lantz: | __X__ Yes | _____ No |
| Dr. Wilhelm A. Piskorowski: | __X__ Yes | _____ No |
| Dr. Mark D. Snyder: | __X__ Yes | _____ No |
| Dr. Fredrick Burgett: | __X__ Yes | _____ No |

**QUESTION 3**

What is the total amount of the Plaintiff's resulting economic damages caused by Defendant(s), if any?

Answer: $ _220,000._

—1—

**QUESTION 4**

What is the total amount of Plaintiff's resulting non-economic damages (mental anguish, embarrassment, humiliation, mortification, damage to professional reputation) caused by Defendant(s), if any?

Answer: $ 500,000.

**QUESTION 5**

If you feel that punitive damages are appropriate, what is the total amount for such damages as against Defendant:

| Defendant | Answer |
|---|---|
| Dr. Marilyn Lantz: | $ 1,000,000. |
| Dr. William Piskorowski: | $ 1 |
| Dr. Mark Snyder: | $ 1 |
| Dr. Fredrick Burgett: | $ 1 |

### SIGN VERDICT FORM AND RETURN TO CLERK

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

DATE: December 2, 2008

-2-