## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Judgment In A Civil Case |
| B | Summary & Verification of Time Records |
| C | Deborah L. Gordon Curriculum Vitae |
| D | Affidavit of Kathleen L. Bogas |
| E | Verified Costs Expenditures |
| F | *Calvin E. Shuster v. DaimlerChrysler Corp.* Order Awarding Attorneys Fees and Costs |
|   | *Geraldine A. Fuhr v. School District of the City of Hazel Park* Opinion And Order Regarding Attorneys' Fees, Costs And Interest |
| G. | *Palmer v. Shultz,* 679 F.Supp. 68 (D.D.C. 1988) |
| H. | *Schellenberg v. Rochester Michigan Lodge No. 2225* 228 Mich App 20, 56, 577 NW2d (1998) |