# Exhibit B

## Summary & Verification of Time Records - Deborah L. Gordon, PLC
### Alissa Zwick vs. Regents of the University of Michigan, et al
### USDC Case No. 2:06-CV-12639

|  | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Deborah L. Gordon | 511.15 | $400 | $204,460.00 |
| Carol A. Laughbaum | 186.45 | $200 | $37,290.00 |
| Sharon Dolente | 255.45 | $200 | $51,090.00 |
| Sarah S. Prescott | 7.75 | $200 | $1,550.00 |
| Margaret J. Sande | 56.75 | $200 | $11,350.00 |
| Paralegals | 24.50 | $55 | $1,347.50 |
| Clerks | 57.50 | $40 | $2,300.00 |
|  | **Grand Total** |  | **$309,387.50** |

## VERIFICATION

I hereby state that the foregoing breakdown is accurate and that said hours were necessarily incurred in this matter.

**Deborah L. Gordon**

Subscribed and sworn to before me on
this _/8th_ day of December, 2008

Laurie W. Edel, Notary Public
A/Oakland County, Michigan
My commission expires: 11/01/2011

## Deborah L. Gordon - Attorney Time Sheets
### *Zwick v. Regents of the University of Michigan, et al*
### Case No. 2:06-CV-12639

**DATE**            **DESCRIPTION**                                                **HOURS**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 2-16-06 | Meeting with Plaintiff; review materials | 2.0 |
| 2-17-06 | Review materials | 2.5 |
| 3-17-06 | Conf regarding case | 1.0 |
| 3-31-06 | Conf with Margaret J. Sande "MJS" | .75 |
| 3-31-06 | PC w/Plaintiff | .25 |
| 4-24-06 | Conv with S. Zwick | .50 |
| 4-25-06 | Conf with MJS | 1.5 |
| 5-2-06 | Letter to client with Retainer Agreement, fax to Mr. Zwick, edits | 1.0 |
| 5-10-06 | Review Complaint; discuss | 1.5 |
| 5-12-06 | Review Notice of Claim, correspondence, MJS email | .25 |
| 5-12-06 | Review email from MJS re filing | .10 |
| 5-16 -06 | Review email from MJS re service | .10 |
| 5-17-06 | Review MJS email re service | .10 |
| 5-25-06 | Review MF email re service | .10 |
| 6-9-06 | Phone call from Howlett and his letter re request to extend response time | .25 |
| 6-15-06 | Discussion regarding removal | 1.5 |
| 6-16-06 | Research removal; discussion | .75 |
| 6-19-06 | Letter to Alissa re removal from Washtenaw County to Federal court and from Court of Claims to Federal Court | .25 |
| 6-26-06 | Review Defs' Answer, Affirmative Defenses; work on discovery | 1.75 |
| 6-27-06 | Review Order Disqualifying | .10 |

Page 1 of 11

**Deborah L. Gordon - Attorney Time Sheets**
*Zwick v. Regents of the University of Michigan, et al*
**Case No. 2:06-CV-12639**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 7-3-06 | Letter to client with Order re disqualification of Judge Diggs-Taylor | .25 |
| 7-5-06 | Discovery consolidation; review | .75 |
| 7-11-06 | Letter to Howlett re revision to proposed consolidation order | .25 |
| 7-17-06 | Review Howlett letter with Stipulated Order | .25 |
| 7-18-06 | Letter to client with Order consolidating all cases into Eastern District | .25 |
| 7-19-06 | Review Western District 7/19 letter to Eastern District | .25 |
| 7-19-06 | Letter to Tim Howlett re scheduling conference and joint discovery plan | .25 |
| 8-29-06 | Prepare depositions notice, letter Howlett regarding dates | .5 |
| 9-19-06 | Prepare 2nd deposition notice, letter to Howlett | .35 |
| 9-20-06 | Review/Discuss discovery with MJS | .50 |
| 9-21-06 | Letter to Alissa with discovery documents | .25 |
| 9-26-06 | Review court's order regarding reassignment of companion case, discuss with MJS | .25 |
| 10-6-06 | Letter to Alissa with initial disclosures from defendants | .25 |
| 10-18-06 | Review Defendants' Objections to discovery | .50 |
| 10-23-06 | Letter to Alissa with defense objections to interrogatoires and requests | .25 |
| 11-2-06 | Review court's scheduling order (Battani), discuss with CAL, MJS | .25 |
| 12-6-06 | Review Howlett letter and responses to our first document requests | .50 |
| 12-10-06 | Review documents produced by Defendants - 2 binders; discuss with Plaintiff | 3.5 |

**Deborah L. Gordon - Attorney Time Sheets**
*Zwick v. Regents of the University of Michigan, et al*
**Case No. 2:06-CV-12639**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 12-28-06 | Review Defendants' discovery requests; begin responses | .75 |
| 12-29-06 | Discuss defense discovery documents with CAL | .25 |
| 1-10-07 | Work on discovery responses | .75 |
| 1-19-07 | Email from TH re dep dates; review calendar | .10 |
| 1-24-07 | Email from MF re dep dates | .10 |
| 1-30-07 | Plaintiff in to review documents | 1.0 |
| 1-30-07 | Email re Snyder dep | .10 |
| 2-1-07 | Review Howlett letter with alissa's letter/attached to Academic Review Board II dated 12-7-05, discuss with CAL | .5 |
| 2-6-07 | Prepare for Stoffers and Burgett depositions, discussions with CAL | 3.5 |
| 2-7-07 | Prepare for Piotrowski deposition, review documents in file | 1.5 |
| 2-7-07 | Travel to/from Ann Arbor Piotrowski deposition | 2.0 |
| 2-7-07 | Deposition of Piotrowski | 4.1 |
| 2-8-07 | Deposition of Stoffers | 2.55 |
| 2-8-07 | Deposition of Burgett | 1.0 |
| 2-8-07 | Travel to/from Ann Arbor, depositions of Stoffers & Burgett | 2.0 |
| 2-13-07 | Email from TM re dep dates | .10 |
| 2-14-07 | Discussion re Witness list/TH | .10 |
| 2-16-07 | Discussion re Amended Complaint | .10 |
| 2-20-07 | Review Howlett letter re Jaarda handwritten notes from 2/04 and Sharphorn; review notes; discuss with CAL | .5 |
| 2-21-07 | Review Howlett letter re proposed stipulation to amend scheduling order, review and sign proposed order, fax back to Howlett | .5 |

**Deborah L. Gordon - Attorney Time Sheets**
*Zwick v. Regents of the University of Michigan, et al*
**Case No. 2:06-CV-12639**

**DATE**          **DESCRIPTION**                                                              **HOURS**

| 2-21-07 | Prepare for Jaarda deposition, review file documents; meet with CAL | 1.5 |
| 2-22-07 | Deposition of Jaarda | 2.25 |
| 2-22-07 | Travel to/from Ann Arbor for Jaarda deposition | 2.0 |
| 2-23-07 | Review proposed Amended Complaint; discuss with MJS | .75 |
| 2-27-07 | Review Piskorowski transcript | 1.0 |
| 2-28-07 | Discussion re Writ of Mandamus | .25 |
| 3-1-07 | Discussion re Writ of Mandamus | .25 |
| 3-5-07 | Review Pl email re dep dates | .10 |
| 3-19-07 | Discussion with CL re possible experts | .50 |
| 3-21-07 | Email re dep dates from MF/th | .25 |
| 3-23-07 | Review Pl's Answers to discovery | .75 |
| 3-26-07 | Review motion to compel, revise | .50 |
| 3-26-07 | Review motion for leave to amend; revise | .50 |
| 3-26-07 | Order of reference on hearing for motions to magistrate judge | .25 |
| 3-28-07 | Review Piskorowski's dep | 1.25 |
| 3-28–07 | Prepare for Snyder deposition, discuss with Carol, review files | 3.25 |
| 3-29-07 | Snyder deposition and conference with Plaintiff | 5.0 |
| 3-29-07 | Travel to/from Ann Arbor for Snyder deposition | 2.0 |
| 4-2-07 | Review Defendants' Witness List | .50 |
| 4-4-07 | Prepare for Fitzgerald, Brooks, Richards deps | 2.50 |
| 4-5-07 | Fitzgerald dep | 3.5 |
| 4-5-07 | Travel to Fitzgerald , Richards &Brooks deps | 2.0 |

**Deborah L. Gordon - Attorney Time Sheets**
*Zwick v. Regents of the University of Michigan, et al*
**Case No. 2:06-CV-12639**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 4-5-07 | Brooks dep | 1.0 |
| 4-5-07 | Richards dep | 2.5 |
| 4-11-07 | Review Plaintiff's Witness List | .25 |
| 4-11-07 | Prepare for Lantz dep | 4.10 |
| 4-12-07 | Lantz dep | 6.0 |
| 4-12-07 | Travel to and from Lantz dep | 2.0 |
| 5-17-07 | Prepare for Heyes dep | 2.75 |
| 5-18-07 | Heyes dep | 6.0 |
| 5-18-07 | Travel to & from Heyes dep | 2.0 |
| 6-4-07 | Review Pl's 3rd Request for Production | .25 |
| 6-11-07 | Prepare for Lantz dep | 2.5 |
| 6-11-07 | Prep for Szczembara dep | 1.5 |
| 6-11-07 | Review Lantz transcript | 1.0 |
| 6-11-07 | Review Piskorowski transcript | 1.0 |
| 6-12-07 | Lantz dep | 2.5 |
| 6-12-07 | Travel to & from Lantz/Szczembara deps | 2.0 |
| 6-12-07 | Szczembara dep | 1.0 |
| 6-12-07 | Prepare for Woolfolk dep | 1.0 |
| 6-13-07 | Woolfolk dep | 3.15 |
| 6-26-07 | Prepare for Plaintiff's dep | 2.75 |
| 6-27-07 | Plaintiff's dep | 6.10 |
| 6-28-07 | Discussion with Plaintiff | .50 |

**Deborah L. Gordon - Attorney Time Sheets**
*Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

<u>DATE</u>          <u>DESCRIPTION</u>                                                    <u>HOURS</u>

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 7-5-07 | Review Objections to Pl's 3rd Rqst for Prod of Docs and Answer to Amended Complaint | .25 |
| 7-9-07 | PC with TH | .10 |
| 7-11-07 | Prepare for Polverini dep | 2.75 |
| 7-12-07 | Polverini dep & travel | 5.3 |
| 7-25-07 | Discussion re Jamsek records & how to obtain | .25 |
| 8-3-07 | Review Defendants' SJ motion | 1.85 |
| 8-5-07 | Discussion with SP re Defs' SJ Brief | .75 |
| 8-10-07 | PC w/ Plaintiff | .10 |
| 8-16-07 | Burgett dep summary | 2.5 |
| 8-17-07 | PC w/Jamsek | .25 |
| 8-21-07 | Review student transcripts | .50 |
| 9-3-07 | Fitzgerald dep summary; Richards dep summary | 4.0 |
| 9-6-07 | Polverini dep summary | 2.50 |
| 9-11-07 | Woolfolk dep summary; Szczembara dep summary | 2.50 |
| 9-11-07 | Review student transcripts | .25 |
| 9-11-07 | Discussion SJ re EP argument; review research | .75 |
| 9-23-07 | Work on Plaintiff's Response, Brief to SJ Mtn | 4.5 |
| 9-24-07 | Work on Plaintiff's Response, Brief to SJ Mtn | 5.25 |
| 9-25-07 | Review SJ Response; go through exhibits attached | 4.0 |
| 9-26-07 | Jamsek record issue | .25 |
| 9-28-07 | Review addendum to SJ brief | .50 |
| 9-28-07 | PC with Jamsek | .25 |

### Deborah L. Gordon - Attorney Time Sheets
### *Zwick v. Regents of the University of Michigan, et al*
### Case No. 2:06-CV-12639

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 10-10-07 | Email from RM | .10 |
| 10-18-07 | Review Defendants' Reply Brief | 1.25 |
| 10-20-07 | Research on Defendants' Reply | 1.50 |
| 10-24-07 | Finalize Pl's Reply Brief (later used @ oral argument) | 1.10 |
| | | |
| **2008** | | |
| 4-29 | Review Judge's Order & Opinion; discuss w/CL | 1.50 |
| 5-13 | Review Defs' Mtn for Reconsideration | .50 |
| 5-14 | Review Pl's Mtn for Reconsideration | .75 |
| 6-9 | Review Opinion | .25 |
| 6-11 | Settlement Conference & travel | 1.5 |
| 6-12 | Review Opinion Denying Pl's Mtn for Reconsideration | .25 |
| 6-25 | Review Trial Management Order; calendar | .25 |
| 6-27 | Review Pl's Mtn to File Second Amended Complaint | .75 |
| 7-16 | Review Defs' Response to Mtn to Amend; formulate reply | .75 |
| 9-5 | Motion to Amend hearing held & travel | 2.0 |
| 9-8 | Review, file Amended Complaint | .75 |
| 9-15 | Review Answer to Amended Complaint | .25 |
| 10-2 | Discussion with expert Thomson | .25 |
| 10-3 | Expert, review charts | .50 |
| 10-4 | Trial prep -  read deps, prepare cross of witnesses | 7.25 |
| 10-7 | Trial prep - Pull/review exhibits for exhibit book | 5.60 |
| 10-8 | Work on exhibit books | 4.25 |

**Deborah L. Gordon - Attorney Time Sheets**
*Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 10-10 | Trial prep - review Pl's deps; cross | 4.25 |
| 10-11 | Trial prep - cross questions; continue review deps; incorporate exhibits | 6.40 |
| 10-12 | Trial prep - cross questions; continue review of deps; incorporate exhibits | 4.75 |
| 10-13 | Trial prep - cross questions; continue review of deps; incorporate exhibits | 3.75 |
| 10-15 | Work on charts for exhibits | 3.0 |
| 10-18 | Trial prep - edit exhibits to be used; go through all documents | 6.0 |
| 10-19 | Trial prep - review all discovery responses; organize; flow chart | 4.75 |
| 10-21 | Trial prep - time line; search deps for categories of testimony chart | 6.30 |
| 10-24 | Review Defs' Motions in Limine; discuss with CL | 1.0 |
| 10-24 | Trial prep - Plaintiff testimony; Decide on final Witness list; prepare questions | 4.85 |
| 10-27 | Trial prep | 8.30 |
| 10-28 | Work with SD on AV presentation | 1.0 |
| 10-30 | Trial prep - miscellaneous | 3.25 |
| 10-31 | Meeting with Plaintiff | 2.5 |
| 10-31 | Review Jury Instructions for bench book | .50 |
| 11-1 | Trial prep - Lantz cross preparation; review Lantz dep & exhibits | 7.10 |
| 11-2 | Trial prep - Complete Lantz cross; opening; review exhibits to be used; miscellaneous | 8.75 |
| 11-2 | Review Pl's Response to Mtns in Limine | 1.0 |

**Deborah L. Gordon - Attorney Time Sheets**
*Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 11-4 | Prepare for Nainar dep; Final Joint Bench Book review; edits; email from KW | 2.0 |
| 11-5 | Nainar deposition | 2.5 |
| 11-5 | Trial prep - opening; miscellaneous | 8.10 |
| 11-5 | Review Reply to Response to Mtns in Limine; Discuss with CL; Prepare for argument | 1.25 |
| 11-6 | Trial | 4.5 |
| 11-6 | Trial prep; email from KW re exhibits | 3.6 |
| 11-7 | Trial prep - Polverini exam; review _____; review Defs' exhibit book; miscellaneous; def email re revision to exhibit list | 7.25 |
| 11-8 | Trial prep; Trial - Openings; Polverini cross; Jaarda/Stoffers; timeline; cross, miscellaneous | 9.75 |
| 11-9 | Trial: Opening; cross exam; discussion with SD; presentation of documents; decide on exhibits, miscellaneous | 10.25 |
| 11-10 | Trial | 8.5 |
| 11-10 | Trial prep | 2.10 |
| 11-11 | Trial prep for following day | 9.0 |
| 11-12 | Trial | 4.25 |
| 11-12 | Trial prep for following day | 5.25 |
| 11-13 | Trial | 5.5 |
| 11-13 | Trial prep for following day | 4.75 |
| 11-14 | Trial | 8.5 |
| 11-15 | Trial prep | 4.25 |
| 11-16 | Trial prep | 7.25 |

**Deborah L. Gordon - Attorney Time Sheets**
*Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 11-17 | Trial | 4.5 |
| 11-17 | Trial prep for following day | 4.75 |
| 11-18 | Trial | 4.5 |
| 11-18 | Trial prep for following day | 3.25 |
| 11-19 | Trial | 8.5 |
| 11-19 | Trial prep for following day | 3.5 |
| 11-20 | Trial | 9.0 |
| 11-20 | Trial prep for following day | 2.75 |
| 11-21 | Trial | 5.0 |
| 11-22 | Trial prep | 4.25 |
| 11-23 | Trial prep/ Jury instructions | 5.50 |
| 11-24 | Trial | 6.0 |
| 11-24 | Trial prep for next day; review/discussion re Defendants' Motion for Directed Verdict | 4.10 |
| 11-25 | Trial | 9.0 |
| 11-25 | Trial prep for following day | 2.75 |
| 11-26 | Trial | 4.0 |
| 11-26 | Review research on jury instructions | 1.5 |
| 11-28 | Trial prep; jury instructions; directed verdict response | 4.5 |
| 11-29 | Jury Instructions; legal analysis of claims | 4.75 |
| 11-30 | Trial, trial prep; closing | 8.85 |
| 12-1 | Trial; trial prep | 8.5 |
| 12-2 | Trial; deliberations | 8.0 |

**Deborah L. Gordon - Attorney Time Sheets**
*Zwick v. Regents of the University of Michigan, et al*
**Case No. 2:06-CV-12639**

**DATE**          **DESCRIPTION**                                      **HOURS**

| 12-4  | Prepare & submit Judgment        | .75 |
|-------|----------------------------------|-----|
| 12-8  | Motion for Attorney Fees & Costs | 1.5 |
| 12-16 | Motion for Attorney Fees & Costs | 1.5 |
| 12-17 | Motion for Attorney Fees & Costs | 3.5 |
|       | **TOTAL HOURS:** | **511.15** |

Carol Laughbaum - Attorney Time Sheets
*Alissa Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

**DATE**                    **DESCRIPTION**                                                            **HOURS**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 01/30/07 | Meet w client; review of documents, etc. | .25 |
| 03/19/07 | discovery responses; review of docs; phone conf with Alissa | 1.5 |
| 03/20/07 | Finalize Plaintiff's discovery answers | 1.5 |
| 03/23/07 | Prepare Motion to Compel Discovery | 2.0 |
| 03/26/07 | Prepare Motion for Leave To Amend ELCRA claim and draft 1st Amended Complaint | 2.8 |
| 04/13/07 | Prepare Witness List | 1.5 |
| 07/18/07 | Covered portion of Plaintiff's deposition | 3.5 |
| 08/13/07 | Review of Defendants' Summary Judgment Brief; review research in file; review Plaintiff's deposition transcript | 5.8 |
| 08/22/07 | Prepare Plaintiff's Response Brief to Defendants' Summary Judgment Brief | 5.8 |
| 09/11/07 | Continue prepare Plaintiff's Response Brief to Defendants' Summary Judgment Brief; research | 7.9 |
| 09/12/07 | Continue prepare Plaintiff's Response Brief to Defendants' Summary Judgment Brief; research | 8.3 |
| 09/13/07 | Continue prepare Plaintiff's Response Brief to Defendants' Summary Judgment Brief; research | 8.5 |
| 09/14/07 | Continue prepare Plaintiff's Response Brief to Defendants' Summary Judgment Brief; research | 7.6 |
| 09/15/07 | Continue prepare Plaintiff's Response Brief to Defendants' Summary Judgment Brief; research | 2.4 |

Carol Laughbaum - Attorney Time Sheets
*Alissa Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

**DATE**                    **DESCRIPTION**                                                    **HOURS**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 09/17/07 | Continue prepare Plaintiff's Response Brief to Defendants' Summary Judgment Brief; edits to law section | 6.5 |
| 09/18/07 | Continue revisions to Plaintiff's Response Brief to Defendants' Motion for Summary Judgment; intro pps, questions presented, etc.; prepare Ex-Parte Motion; review of Plaintiff's deposition transcript for additional facts; and draft 2 Affidavits | 7.6 |
| 09/19/07 | Continue prepare Plaintiff's Response to Defendants' Motion for Summary Judgment | 8.5 |
| 09/20/07 | Continue prepare Plaintiff's Response to Defendants' Motion for Summary Judgment | 9.9 |
| 09/21/07 | Continue prepare Plaintiff's Brief in response to Defendants' Motion for Summary Judgment | 9.0 |
| 09/22/07 | Continue prepare Plaintiff's Brief in response to Defendants' Motion for Summary Judgment | 3.2 |
| 09/23/07 | Continue prepare Plaintiff's Brief in response to Defendants' Motion for Summary Judgment | 5.5 |
| 09/24/07 | Finalize Plaintiff's Brief in response to Defendants' Motion for Summary Judgment | 10.1 |
| 09/28/07 | Prepare Plaintiff's Summary Judgment Brief Addendum | 2.2 |
| 10/17/07 | Review of Defendants' 26 page Summary Judgment Reply Brief; conference with Deborah Gordon; and draft objections to Defendants' Reply Brief | 3.2 |
| 10/18/07 | Plaintiff's Reply Brief in response to Defendants' Reply Brief | .5 |
| 10/19/07 | Reply Brief in response to Defendants' Reply Brief; conference with Deborah Gordon | 1.5 |

Carol Laughbaum - Attorney Time Sheets
*Alissa Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

**DATE**                    **DESCRIPTION**                                                      **HOURS**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 04/29/08 | Review of Court's Opinion and Order regarding Defendants' Motion for Summary Judgment | .7 |
| 05/13/08 | Research re: Motion for Reconsideration of ruling on Summary Judgment | 6.0 |
| 05/14/08 | Review of Defendants' Motion for reconsideration; prepare memo to Deborah Gordon | .6 |
| 06/26/08 | Research; prepare Motion for Leave to File Second Amended -punitive | 5.5 |
| 07/24/08 | Reply-motion to amend (punitive) | 2.5 |
| 10/20/08 | Review of Summary Judgment Brief re limine motions to file; review of Defendants' limine motions | 2.7 |
| 10/28/08 | Response/Brief to Defendants' 4 limine motions; research | 3.8 |
| 10/29/08 | limine response; Bench Book; draft letter to defense counsel | 4.2 |
| 10/30/08 | limine response; edits and jury instructions | 2.0 |
| 10/31/08 | draft jury instructions; special instructions; review of due process cases; edits to bench book | 1.6 |
| 11/04/08 | Review of proposed order from Defendant; e-mail follow-up | .1 |
| 11/05/08 | Review of Defendants' Reply Brief - limine; memo to Deborah Gordon | 2.3 |
| 11/24/08 | Review of prior research - due process | .7 |
| 11/25/08 | Review of directed verdict motion; research; response | 8.6 |
| 11/26/08 | Edits to directed verdict response, finalized | .5 |

Carol Laughbaum - Attorney Time Sheets
*Alissa Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

**DATE**                     **DESCRIPTION**                                             **HOURS**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 12/05/08 | Review of verdict form; judgment; research §1983 printed cases - atty fees, costs | .8 |
| 12/08/08 | Bill of Costs with itemization; gather supporting documents | 3.8 |
| 12/11/08 | finalized bill of costs; discuss with Deborah Gordon | 1.0 |
| 12/15/08 | Motion for attorney fees, research - fees in Sec. 1983 | 3.6 |
| 12/16/08 | Motion for attorney fees contl, edits to verified costs; research - interest , fee enhancements | 4.0 |
| 12/17/08 | Edits, finalizing motion for attorneys fees & Amended Bill of Costs | 4.4 |
| | **TOTAL HOURS:** | **186.45** |
| | | |

**Sharon Dolente - Attorney Time Sheets**
*Alissa Zwick v. Regents of the University of Michigan, et al*
**Case No. 2:06-CV-12639**

**DATE**                    **DESCRIPTION**                                         **HOURS**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 12/2/08 | Trial | 8.0 |
| 12/1/08 | Trial | 8.5 |
| 11/30/08 | Research, Drafting, Communication with Defendants and Preparation for Oral Argument regarding Jury Instructions and Defendant's Motion for a Directed Verdict | 13.0 |
| 11/29/08 | Research, Drafting, Communication with Defendants and Preparation for Oral Argument regarding Jury Instructions | 5.0 |
| 11/28/08 | Research, Drafting, Communication with Defendants and Preparation for Oral Argument regarding Jury Instructions | 5.0 |
| 11/26/08 | Trial | 4.0 |
| 11/26/08 | Resolving Jury Instructions | 1.5 |
| 11/25/08 | Trial | 9.0 |
| 11/24/08 | Trial | 7.0 |
| 11/24/08 | Research on Defendant's Motion for a Directed Verdict | 6.0 |
| 11/21/08 | Trial | 5.0 |
| 11/20/08 | Trial | 9.0 |
| 11/19/08 | Trial | 8.5 |
| 11/19/08 | Review and condense Heys deposition summary | 3.0 |
| 11/18/08 | Trial | 5.0 |
| 11/18/08 | Review documents, plaintiff's testimony, draft outline of topics for Plaintiff's testimony | 6.0 |
| 11/17/08 | Trial | 4.5 |

**Sharon Dolente - Attorney Time Sheets**
*Alissa Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

**DATE**                    **DESCRIPTION**                                            **HOURS**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 11/17/08 | Trial Prep | 2.0 |
| 11/16/08 | Preparation of Plaintiff for testimony, Summary of Other Student Transcripts, review of Stuart Zwick's testimony | 6.0 |
| 11/14/08 | Trial | 8.5 |
| 11/13/08 | Trial | 5.5 |
| 11/13/08 | Trial Prep Deposition summaries | 4.0 |
| 11/12/08 | Trial | 4.25 |
| 11/12/08 | Trial Prep Deposition summaries | 1.0 |
| 11/11/08 | Trial Prep Deposition summaries | 8.0 |
| 11/10/08 | Trial | 8.5 |
| 11/9/08 | Trial Prep Deposition summaries, chronology | 8.0 |
| 11/8/08 | Trial Prep Deposition summaries, chronology | 6.25 |
| 11/6/08 | Trial - how many hours were we there on jury selection day. | 4.5 |
| 11/6/08 | Trial Prep: review Academic Review Board audio cds, scan documents | 4.0 |
| 11/05/08 | Trial Prep:  Edit Summary of Jaarda Notes, dep summaries, scan documents, and go to court to test laptop | 12.0 |
| 11/3/08 | Trial prep: Lantz deposition summaries, Zwick deposition summaries | 7.0 |
| 11/2/08 | Trial prep | 6.0 |
| 11/1/08 | Trial prep | 5.0 |
| 10/31/08 | Trial prep | 5.0 |
| 10/30/08 | Trial Prep Deposition summaries | 3.0 |

**Sharon Dolente - Attorney Time Sheets**
*Alissa Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

**DATE**                    **DESCRIPTION**                                    **HOURS**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 10/29/08 | Trial Prep Deposition summaries | 6.0 |
| 10/28/08 | Trial Prep Deposition summaries | 4.0 |
| 10/27/08 | Trial Prep Deposition summaries | 2.5 |
| 10/26/08 | Trial Prep Deposition summaries | 8.0 |
| 10/24/08 | Trial Prep Deposition summaries | 6.0 |
| 10/21/08 | Trial Prep Deposition summaries | 6.0 |
| 10/20/08 | Review of Jaarda Notes | .2 |
| 10/16/08 | Trial Prep Deposition summaries | 1.75 |
| 10/15/08 | Trial Prep Deposition summaries | 2.5 |
| 10/14/08 | Trial Prep Deposition summaries | 2.0 |
|  | **TOTAL HOURS:** | **255.45** |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Margaret Sande - Attorney Time Sheets**
*Alissa Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 2/6/06 | Review of materials; research | 3.0 |
| 2/7/06 | Research | 4.5 |
| 2/8/06 | Research | 4.5 |
| 2/9/06 | Preliminary research memo/analysis of case (8 pgs) | 1.5 |
| 3/22/06 | Completed research memo (16 pages) | 6.5 |
| 5/9/06 | Research and begin drafting complaint | 1.5 |
| 5/10/06 | Draft complaint | 2.75 |
| 5/11/06 | Meet with client, draft complaint; research Court of Claims issue; phone consultation with Alissa | 7.0 |
| 5/12/06 | Draft complaint; meet with Deborah Gordon on filing strategy; meet with Alissa; revisions to complaint; finalize complaint | 6.75 |
| 5/16/06 | e-mail to Maggie re amendments to complaint, research re when to file same; discussion with Deborah Gordon re deadlines dates | 1.0 |
| 5/19/06 | Letter to client with copies of documents filed in Washtenaw County Circuit Court and in Court of Claims in Lansing; 4 defendants served on 5/19/06; discussion with Deborah Gordon & Maggie re service on Piskorowski | .5 |
| 5/19/06 | Letter to Attorney General's office, Lansing, with copies of Court of Claims documents pursuant to statute, memo to file | .5 |
| 6/19/06 | Research removal issues; e-mail to Deborah Gordon re status of Court of Claims and Washtenaw County cases | 1.5 |
| 6/20/06 | Research and draft memo on removal issues | 3.5 |

**Margaret Sande - Attorney Time Sheets**
*Alissa Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 6/21/06 | Phone calls with Alissa; review letters in file; e-mail to Deborah Gordon | .25 |
| 6/27/06 | Review answer; draft memo on transferring venue | .25 |
| 6/28/06 | Draft proposed order to consolidate | .5 |
| 6/29/06 | Finalize proposed order to consolidate | .25 |
| 7/12/06 | Revise defendants' proposed stipulated order | .25 |
| 7/19/06 | Review file for deposition notices; e-mail to Maggie | .25 |
| 8/3/06 | Draft Rule 26 plan; letter Howlett for review, discuss with Deborah Gordon | .5 |
| 8/10/06 | Edits to rule 26 plan, review with Deborah Gordon, to Howlett for review | .25 |
| 8/23/06 | Draft Rule 26(f) (Joint Discovery) Plan | .5 |
| 8/24/06 | Finalize changes to draft Rule 26(f) (Joint Discovery) Plan | .25 |
| 8/25/06 | Review with Deborah Gordon and Howlett Plaintiff's Rule 26(f) (Joint Discovery) | .25 |
| 9/19/06 | Draft discovery | 1.5 |
| 9/20/06 | Draft interrogatories and document requests, finalize, to Howlett | .25 |
| 2/22/07 | Draft amended complaint | .75 |
| 2/23/07 | Draft amended complaint | 1.25 |
| 2/26/07 | Review deposition transcripts, research equal protection, finish amended complaint | 3.0 |
| 2/28/07 | Research mandamus action | 1.5 |
| | **TOTAL HOURS:** | **56.75** |

**Sarah S. Prescott - Attorney Time Sheets**
*Alissa Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

**DATE**               **DESCRIPTION**                                         **HOURS**

| DATE | DESCRIPTION | HOURS |
|------|------------|-------|
| 8/3/07 | Review Summary Judgment; prepare outline response to legal issues | .75 |
| 9/11/07 | Discuss class of one issues with DLG; research on same | .5 |
| 11/24/08 | Research for 50(a) response | 5.5 |
| 11/25/08 | Review draft 50(a) response; make suggestions | .5 |
| 11/26/08 | Discuss case progress with DLG; discuss possible renewed tortious inteference claim; research & prepare jury instruction on same | .5 |
| | **TOTAL HOURS:** | **7.75** |

**Paralegal Time Sheets**
*Zwick v. Regents of the University of Michigan, et al*
Case No. 2:06-CV-12639

**DATE**          **DESCRIPTION**                                                    **HOURS**

| 2006 | | |
|------|--------------------------------------------------------------------------|------|
| 5-3  | Intelius research re Defs' home addresses; pcs & emails with client; Memo to file (MF) | 1.50 |
| 5-12 | PC w/Ct of Claims & Washtenaw Circuit Clerk re filing details, preparation memo to attys & file; discuss W/MJS (MF) | 1.0 |
| 5-12 | Review & finalize documents for Court of Claims & Washtenaw filing; Discussion w'MJS re statutory rqrmnts (MF) | 1.50 |
| 5-12 | PC from courier re Court of Claims filing, Clerk's requests; emails to DLG & MJS; Prepare Memo to attys & file (MF) | .75 |
| 5-15 | Search for out-of-state process servers & Ann Arbor area; Memo to file (MF) | .75 |
| 5-15 | PC with Court of Claims re service on AG's office (MF) | .25 |
| 5-19 | Draft acknowledgment for AG's office to sign re Court of Claims (MF) | .25 |
| 5-19 | Discuss w/client Piskorowski evasion of svc; PC with Dental college; Intelius search re residents & other affiliations; Preparation of memo to attys & file (MF) | .75 |
| 5-22 | Correspondence to Ct of Claims re postage reimbursement to court (MF) | .25 |
| 5-22 | Email from client re Piskorowski (MF) | .25 |
| 5-25 | Prepare memo to staff re follow up on process service (MF) | .25 |
| 6-8  | Review service returns for all Defs; Finalize each for filing with Court & preparation of correspondence re filing (MF) | .25 |
| 7-18 | Email to & From DLG re Sched Conf; Draft def counsel ltr for DLG review (MF) | .25 |

**Paralegal Time Sheets**
*Zwick v. Regents of the University of Michigan, et al*
**Case No. 2:06-CV-12639**

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>HOURS</u> |
|------|-------------|-------|
| 7-18 | PC Egan re case, prepare memo to attys (MF) | .25 |
| 7-25 | Review ECF documents re file transfer; Prepare memo to attys (MF) | .25 |
| **2007** | | |
| 9-25 | Compile exhibits, copy exhibits & set up 3 sets of notebooks with Pl's Response to SJ Mtn for sealed filing & delivery to def counsel (LE) | 6.0 |
| 9-27 | Finalize & review all notebooks w/exhibits Pl's Response to SJ Mtn for delivery to Court & def counsel - sealed docs (LE) | 2.0 |
| **2008** | | |
| 12-15 | Compilation of attorney, paralegal & clerk hours (LE) | 2.0 |
| 12-17 | Compilation of attorney, paralegal & clerk hours (LE) | 3.5 |
| 12-18 | Finalization of attorney, paralegal & clerk hours (LE) | 2.5 |
| | **TOTAL HOURS:** | **24.50** |

**Clerk Hours - Justin Bristol and Rosanne Cerqua**
*Alissa Zwick v. Regents of the University of Michigan, et al*
**Case No. 2:06-CV-12639**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 8/7/07 | JB - discussion with DLG re action to take; began review of dep transcripts (7 witnesses) re: opinion of Alissa, inconsistencies; analysis of bubble sheets; other students dismissed or dismissed and reinstated; Alissa's grades | 3.0 |
| 8/8/07 | JB - continued project (above) | 4.5 |
| 8/9/07 | JB - continued project (above) | 5.0 |
| 8/16/07 | JB - research memo re above | 3.0 |
| 10/28/08 | RC - Prepare Trial Exhibit Books | 7.0 |
| 10/29/08 | RC - Prepare Trial Exhibit Books | 7.0 |
| 10/30/08 | RC - Prepare Trial Exhibit Books | 7.0 |
| 10/31/08 | RC - Prepare Trial Exhibit Books | 7.0 |
| 11/3/08 | RC - Prepare Trial Exhibit Books | 7.0 |
| 11/4/08 | RC - Prepare Trial Exhibit Books | 7.0 |
| | **TOTAL HOURS:** | **57.50** |