# Exhibit C

# Deborah L. Gordon
33 Bloomfield Hills Parkway, Suite 275
Bloomfield Hills Michigan 48304
Telephone 248 258 2500
www.deborahgordonlaw.com

*Curriculum Vitae*

---

| | | |
|---|---|---|
| **Education** | University of Michigan, Bachelor of Arts, 1972 | |
| | University of Detroit School of Law, Juris Doctorate, 1976 | |
| | | |
| **Employment** | 1977-1979 | Assistant Attorney General<br>State of Michigan, Civil Rights/Civil Liberties Division |
| | 1979-1980 | Senior Trial Attorney<br>Equal Employment Opportunity Commission |
| | 1980-1999 | Law Office of Sheldon J. Stark;<br>Stark and Gordon |
| | 1999-Present | Deborah L. Gordon, PLC<br>Specializing in civil rights and employment litigation |

**Professional Organizations and Distinctions**

Fellow, American College of Trial Lawyers.
Chair, Labor & Employment Law Section, State Bar of Michigan, (2000 plus members), 2006.
Board of Directors, Labor & Employment Law Section, 1999 - 2007, State Bar of Michigan.
Board of Directors, Federal Bar Association, 1997 - 2001.
American Board of Trial Advocates, 1999 - 2007.
Board of Directors, Michigan Trial Lawyers Association, Co-Chair, Employment Committee, 1996 - 2002.
United States District Court Merit Selection Panel for Reappointment of Magistrate, 2007, 2008
Wayne County Mediation Tribunal Plaintiff Selection Committee, 2000 - present.
Civil Justice Reform Act, Advisory Committee for Federal District Court, Eastern District of Michigan.

        Listed in "Best Lawyers in America", Employment, Labor Law Section, Woodward & White, 1987 - present.

        "Michigan Super Lawyers", listed as one of the top ten attorneys in Michigan, 2006.

        "AV" rating, Martindale Hubbell

        University of Michigan School of Law, National Trial Competition Team, Volunteer Coach; 2006, 2007.

        Lead attorney, *pro bono*, ACLU of Michigan, *Sitz v Michigan State Police*, establishing that drunk driving check lanes are unconstitutional under the Michigan Constitution, 1986

**Books, Chapters Edited**

        Sexual Harassment Law and Practice: A Michigan Practitioner's Guide, Institute of Continuing Legal Education;

        Michigan Causes of Action Formbook (Employment Claims), Institute of Continuing Legal Education;

        Co-author, Employment Discrimination Law in Michigan, Michigan Trial Lawyers Association, 1986;

        Advising the Older Client (Age and Handicap Discrimination), Institute of Continuing Legal Education, 1997;

        Attorney Fee Agreements In Michigan: Forms and Practice Guide with disk, Institute of Continuing Legal Education.

Ms. Gordon has participated in local radio talk programs and has lectured extensively on employment law and trial skills for the following organizations:

    American Board of Trial Advocates
    Council on Education and Management
    Federal Bar Association
    Industrial Relations Research Association
    Institute of Continuing Legal Education
    Michigan Association of Certified Public Accountants
    Michigan Trial Lawyers Association
    National Practice Institute
    State Bar of Michigan

December 18, 2008