**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALISSA ZWICK,

        Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF
MICHIGAN, MARILYN LANTZ, WILHELM
A. PISKOROWSKI, MARK D. SNYDER,
AND FRED BURGETT,

        Defendants.

Case Number: 06-12639

HON. MARIANNE O. BATTANI

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND DENYING IN PART AND GRANTING IN PART PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND INTEREST

Before the Court are Plaintiff's Motion to Compel Production of Subpoenaed Billing Records, (doc. 105), and Motion for Attorney's Fees, Costs, and Interest, (doc. 83).

For the reasons stated on the record at a hearing held on February 24, 2009,

Plaintiff's Motion to Compel, (doc. 105), is **DENIED.**

Plaintiff's Motion for Attorney's Fees, Costs, and Interest, (doc. 83), is **DENIED IN PART AND GRANTED IN PART**;

In particular, Plaintiff is granted hourly rates of $400 for Deborah Gordon, $200 for Carol Laughbaum, Sharon Delente, Sarah Prescott, and Margaret Sande, and $55 for Legal Assistants Laurie Edel and Margaret Fisher. No fees are awarded for the work of clerks Justin Bristol and Rosanne Cerqua. Plaintiff's requests for prejudgment interest and

a 25% fee enhancement are denied. In addition, the Court grants attorney's fees as to all of the hours Plaintiff reported to be expended on this matter.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff is awarded $307,087.50 in attorney's fees.

**IT IS FURTHER ORDERED** that Plaintiff is awarded costs of $13,901.82.

          s/Marianne O. Battani
          MARIANNE O. BATTANI
          UNITED STATES DISTRICT JUDGE

Dated: February 26, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

          s/Bernadette M. Thebolt
          Deputy Clerk