No. 09-1338; 09-1422

UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

ALISSA ZWICK,

    Plaintiff - Appellee Cross-Appellant

v.

MARILYN LANTZ; WILHELM A. PISKOROWSKI; MARK D. SNYDER; FRED BURGETT,

    Defendants - Appellants Cross Appellees

and

UNIVERSITY OF MICHIGAN REGENTS,

    Defendant

**FILED**
Oct 27, 2009
LEONARD GREEN, Clerk

ORDER

    In accordance with the agreement reached in settlement discussions conducted pursuant to Rule 33, Rules of the Sixth Circuit, the parties jointly move for a remand of this cause to the United States District Court for the Eastern District of Michigan, for determination of the parties' motion filed pursuant to Rule 60(b), Federal Rules of Civil Procedure.

    Upon consideration of the motion and further considering Judge Battani's order of October 22, 2009,

    **IT IS ORDERED** that the motion be and hereby is granted. This appeal is remanded to the District Court for further proceedings. See First National Bank of Salem, Ohio v. Hirsch, 535 F.2d at 343 (6th Cir. 1976).

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT

Leonard Green
Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 27, 2009

Ms. Deborah L. Gordon

Mr. Timothy H. Howlett

Ms. Allyson Anna Miller

Ms. Kathryn S. Wood

Re:  Case No. 09-1338/09-1422, *Alissa Zwick v. University of Michigan Regents, et al*
     Originating Case No. : 06-12639

Dear Counsel:

   The Court issued the enclosed (Order/Opinion) today in this case.

                                        Sincerely yours,

                                        s/Kathryn Kasner
                                        Case Manager
                                        Direct Dial No. 513-564-7014
                                        Fax No. 513-564-7096

cc:  Mr. David J. Weaver

Enclosure

No mandate to issue