UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ALISSA ZWICK,

                                                        Hon. Marianne O. Battani

    Plaintiff,

vs.

REGENTS OF THE UNIVERSITY OF         Case No.  06-cv-12639-DT
MICHIGAN, MARILYN LANTZ,
WILHELM A. PISKOROWSKI,
MARK D. SNYDER, and FRED
BURGETT,

    Defendants.

_____

## ORDER

     This matter having come before the Court on the joint motion of the parties pursuant to Fed. R. Civ. P. 60(b); the Court having reviewed the motion; and having considered the parties' desire to settle as well as the entire record;

     IT IS ORDERED that the parties' motion is granted and the Judgment entered December 4, 2008 is hereby vacated.

     ENTERED this 3rd day of November 2009.

                                                            s/Marianne O. Battani
                                                             U. S. DISTRICT COURT JUDGE

DETROIT 14040-24 1133947